**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NICHOLAS CORTEZ ADDISON                                           PLAINTIFF

v.                                  3:15CV00172-JM-JTK

JOEY MARTIN                                                      DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff Addison's Motions to Proceed In Forma Pauperis (Doc. No. 4) and to Appoint Counsel (Doc. No. 5 and 6) are DENIED.

2.      Plaintiff's motion to set the case for trial (Doc. No. 9) is DENIED.

2.      Should Plaintiff wish to continue this case, he must submit the statutory filing fee of $400.00 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, together with a motion to reopen the case.  Upon receipt of the motion and full payment, the case will be reopened.

3.      Plaintiff's Complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 12th day of August, 2015.

_____
       JAMES M. MOODY, JR.
       UNITED STATES DISTRICT JUDGE