**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

NICHOLAS CORTEZ ADDISON                                                                      PLAINTIFF

v.                                            3:15CV00172-JM-JTK

JOEY MARTIN                                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 12th day of August, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE